UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY CHANDLER SPRADLIN,

    Plaintiff,

  v.

PIERCE COUNTY JAIL, *et al.*,

    Defendants.

Case No. C07-5236FDB

ORDER OF DISMISSAL

    Plaintiff was required to pay the filing fee in this case by November 19, 2007. The filing fee has not to date been paid. Plaintiff's last known address was the Pierce County Jail, but mail was returned undeliverable on October 29, 2007, and Plaintiff has not provided a new address. Under the circumstances, this cause of action must be dismissed.

    ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED for failure to pay the filing fee as required by the Order of October 19, 2007 Denying Application to Proceed *In Forma Pauperis*.

    DATED this 28th day of November, 2007.

                                  FRANKLIN D. BURGESS
                                  UNITED STATES DISTRICT JUDGE

ORDER - 1