# United States District Court
## WESTERN DISTRICT OF WASHINGTON

TIMOTHY CHANDLER SPRADLIN

     v.

PIERCE COUNTY JAIL, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5236FDB

_____     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX__     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.    This cause of action is DISMISSED for failure to pay the filing fee as required by the Order of October 19, 2007 Denying Application to Proceed *In Forma Pauperis.*

_____November 28, 2007_____       _____BRUCE RIFKIN_____
                                              Clerk

                               _____s/ D. Forbes_____
                                    By, Deputy Clerk